AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the person of Tommy Li

Case No. 1:25-mj- 155-01-TSM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A-4.

located in the ____________ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1341 | - Mail Fraud |
| 18 U.S.C. § 1343 | - Wire Fraud |
| 18 U.S.C. § 1349 | - Conspiracy to Commit Mail Fraud and Wire Fraud |
| 18 U.S.C. § 1956 | - Money Laundering |
| 18 U.S.C. § 1957 | - Money Laundering |

The application is based on these facts:

Please see attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bradley Nims
*Applicant's signature*

S.A. Bradley Nims, Homeland Security Inestigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

UNITED STATES DISTRICT COURT ★ DISTRICT OF NEW HAMPSHIRE ★

Date: **Aug 15, 2025**

*Judge's signature*

City and state: Concord, New Hampshire

Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*